UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| In re: )<br>)<br>WILLIAM ROBERT ANDERSON, JR. )<br>and DANNI SUE JERNIGAN, )<br>)<br>Debtors, )<br>_____ )<br>)<br>WILLIAM ROBERT ANDERSON, JR. and )<br>DANNI SUE JERNIGAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>JOHN F. LOGAN, in his capacity as )<br>Chapter 13 Bankruptcy Trustee; )<br>WAYNE HANCOCK; and TINA HANCOCK, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br>No. 5:14-CV-690-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on appeal by plaintiffs/debtors, from an order of the United States Bankruptcy Court, confirming the trustee's proposed plan, as modified by the court's order granting defendants' objection to the trustee's plan. <u>In re</u> Anderson, et al., No. 13-05843-8-SWH (Bankr E.D.N.C. Sept. 5, 2014).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 6, 2015, and for the reasons set forth more specifically therein, that the bankruptcy court's order approving the trustee's plan, as modified by the defendants' objection, is AFFIRMED as MODIFIED in the court's order.

**This Judgment Filed and Entered on April 6, 2015, and Copies To:**

Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)
Michael Brandon Burnett (via CM/ECF Notice of Electronic Filing)
Theodore Adelbert Nodell, Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| April 6, 2015 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |