UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM ROBERT ANDERSON, JR. ) | |
| and DANNI SUE JERNIGAN, ) | |
| ) | |
| Debtors, ) | |
| _____ ) | |
| ) | **JUDGMENT** |
| WILLIAM ROBERT ANDERSON, JR. and ) | No. 5:14-CV-690-FL |
| DANNI SUE JERNIGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JOHN F. LOGAN, in his capacity as ) | |
| Chapter 13 Bankruptcy Trustee; ) | |
| WAYNE HANCOCK; and TINA HANCOCK, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on appeal by plaintiffs/debtors, from an order of the United States Bankruptcy Court, confirming the trustee's proposed plan, as modified by the court's order granting defendants' objection to the trustee's plan. <u>In re</u> Anderson, et al., No. 13-05843-8-SWH (Bankr E.D.N.C. Sept. 5, 2014).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered May 19, 2016, and for the reasons stated more specifically within the opinion of the Unites States Court of Appeals for the Fourth Circuit entered April 27, 2016, that the bankruptcy court's order entered September 5, 2014 is AFFIRMED.

**This Judgment Filed and Entered on May 19, 2016, and Copies To:**

Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)
Michael Brandon Burnett (via CM/ECF Notice of Electronic Filing)
Theodore Adelbert Nodell, Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 19, 2016 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |